# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Phoenix Entertainment Partners, LLC ) | |
| ) | |
| Plaintiff, ) | Case No. 4:17-cv-1304-RLW |
| v. ) | |
| ) | |
| Happy Hours, LLC d/b/a The Brew House, et al.) | |
| ) | |
| Defendant. ) | |

## DEFENDANT HAPPY HOURS, LLC d/b/a/THE BREW HOUSE MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Happy Hours, LLC d/b/a The Brew House, by and through its attorney, and hereby requests an additional thirty (30) days, up to and including June 2, 2017, in which to file its Answer or other responsive pleadings to Plaintiff's Complaint.

**BARKLAGE, BRETT & HAMILL, P.C.**

_/s/ John R. Hamill III_
John R. Hamill III     #45040MO
Attorney for Defendant
Happy Hour, LLC d/b/a The Brew House
211 North Third Street
St. Charles, MO  63301-2812
(636) 949-2120
(636) 949-8786 Facsimile
jhamill@barklage-brett.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon those persons named below, this 3rd day of May, 2017 via ECF to:

Keith A. Vogt
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
707-203-4787
314-862-3050 (fax)
keith@vogtip.com


                                             */s/ John R. Hamill III*
                                         John R. Hamill III    #45040MO